# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2012

146014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

WILLIAM R. JOHNS, JR. and CLINTON
INTERIORS, INC.,
        Plaintiffs/
        Counter-Defendants-Appellees,

v

WIXOM BUILDERS SUPPLY, INC. d/b/a
BRIGHTON BUILDERS SUPPLY, INC.,
B&D DRYWALL SUPPLY, INC., MID-WEST
BUILDING PRODUCTS, INC., CAPITAL
DRYWALL SUPPLY, INC., and KEN'S
DRYWALL, INC.,
        Defendants/
        Counter-Plaintiffs-Appellants,
and

WILLIAM R. JOHNS, SR.,
        Defendant-Appellant.

SC: 146014
COA: 299542
Macomb CC: 2008-002796-CK

_____/

      On order of the Court, the application for leave to appeal the September 4, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012               _____

t1217                                        Clerk